JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

EPIFANIO TAPIAS,

      Plaintiff,

    v.

CESAR RUIZ dba SCRUBS ON MAIN, et al.,

      Defendants.

Case No. 8:26-cv-01206-AB (ADSx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **30 days** upon good cause shown if the settlement is not completed.

Dated:  June 30, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1